UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID CRAIG COLVILLE,
    Petitioner,

vs.                                                       Case No.:  3:21cv850/LAC/EMT

RICKY D. DIXON,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 7, 2022 (ECF No. 28).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court accepts docs 29 and 30 to be Petitioner's objections to the Magistrate Judge's Report and Recommendation.  I have made a *de novo* determination of these timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 28) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (ECF No. 7) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 24th day of March, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**